**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 3053 Disciplinary Docket No. 3 |
| | : |
| MUSTAFA DAVID SAYID, A/K/A | : No. 55 DB 2024 |
| MUSTAFA D. SAYID | : |
| | : (Supreme Court of New York, Appellate |
| | : Division, First Judicial Department, Case |
| | : No. 2022-05084) |
| | : |
| | : Attorney Registration No. 308403 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM:**

**AND NOW**, this 26th day of July, 2024, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Mustafa David Sayid, a/k/a Mustafa D. Sayid, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year. He shall comply with the provisions of Pa.R.D.E. 217.